```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                            CASE NO. 07 B 10605
   RAYMOND DEMITH JR
   KATHLEEN ANN DEMITH                            CHAPTER 13

                                                  JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7907    SSN XXX-XX-5587


---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/13/07 .

   2.  The case was dismissed without confirmation, 11/02/2007.

   3.  The Debtor paid a total of $    157.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITYSIDE IND | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
HSBC                          UNSECURED      NOT FILED              .00         .00
ILLINOIS DEPT OF EMPLOYM      UNSECURED      NOT FILED              .00         .00
ILLINOIS AMERICAN WATER       UNSECURED      NOT FILED              .00         .00
JC PENNEY                     UNSECURED      NOT FILED              .00         .00
LOWES                         UNSECURED      NOT FILED              .00         .00
MERCHANTS CREDIT GUIDE        UNSECURED      NOT FILED              .00         .00
MERRICK BANK                  UNSECURED      NOT FILED              .00         .00
NATIONWIDE ACCEPTANCE         UNSECURED      NOT FILED              .00         .00
NICOR GAS                     UNSECURED      NOT FILED              .00         .00
PERSONAL FINANCE              UNSECURED      NOT FILED              .00         .00
ROGERS & HOLLAND              UNSECURED      NOT FILED              .00         .00
SAMS CLUB                     UNSECURED      NOT FILED              .00         .00
CITIBANK NA                   UNSECURED      NOT FILED              .00         .00
SWISS COLONY                  UNSECURED      NOT FILED              .00         .00
THROUGH THE COUNTRY DOOR      UNSECURED      NOT FILED              .00         .00
WF FIN BANK                   UNSECURED      NOT FILED              .00         .00
WF FIN BANK                   UNSECURED      NOT FILED              .00         .00
WFNNB                         UNSECURED      NOT FILED              .00         .00
```

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, RICHARD E SEXNER             , was allowed $   3500.00
and was paid $   1101.00  direct and $    149.93  through the plan.

The Trustee received $       7.07 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 07 B 10605 RAYMOND DEMITH JR & KATHLEEN ANN DEMITH
```